| Date | Pleading Number | |
|---|---|---|
| 12/16/75 | | <u>CONSENT OF TRANSFEREE COURT</u> -- For Judge Edward N. Cahn in the Eastern District of Pennsylvania to handle litigation |
| 12/16/75 | | <u>OPINION AND ORDER</u> -- Separating E.O. Hudson and sending claims against Savannah Foods to the E.D. Penna. for 1407 treatment w/Freedman |
| | | FOLLOWING IS A LIST OF ENTRIES FROM MDL-201 RELATIVE TO MDL-201A |
| | | See MDL-201 as follows: |
| | | 6/16/75    MILTON FREEDMAN V. AMALGAMATED SUGAR, ET AL., E.D.PA. 75-514 SCO FILED TODAY. Notified counsel, involved judges |
| | | 7/3/75    HEARING ORDER --Setting Milton Freedman for hearing (SEE MDL-201) |
| | | 7/14/75   25.   RESPONSE -- PLAINTIFF FREEDMAN w/cert. of service |
| | | 7/14/75   26.   RESPONSE -- NATIONAL SUGARBEET GROWERS FEDERATION w/cert. of service |
| | | 7/14/75   27.   RESPONSE -- AMSTAR CORP. w/cert. of service |
| | | 7/14/75   28.   RESPONSE -- CPC INTERNATIONAL w/cert. of service |
| | | 7/14/75   29.   BORDEN, INC., COLONIAL SUGAR CO., NORTH AMERICAN SUGAR INDUSTRIES, INDUSTRIAL SUGARS, INC. AND FLORIDA REFINERY, INC. w/cert. of service |
| | | 7/14/75   30.   RESPONSE -- AMALGAMATED SUGAR CO., AMERICAN CRYSTAL SUGAR CO., CALIFORNIA AND HAWAIIAN SUGAR CO. CONSOLIDATED FOORD CORP., UNION SUGAR DIVISION, GREAT WESTERN SUGAR CO., HOLLY SUGAR CORP. UTAH-IDAHO SUGAR CO. w/cert. of service |
| | | 7/14/75   31.   SAVANNAH FOODS & INDUSTRIES, INC. w/cert. of service |
| | | 7/14/75   32.   RESPONSE -- NATIONAL SUGAR REFINING CO. w/cert. of service |
| | | 7/15/75   33.   RESPONSE -- SUCREST AND REVERE w/cert. of service |
| | | 7/15/75   34.   RESPONSE -- MICHIGAN SUGAR CO. w/cert. of service |
| | | 7/16/75   35.   RESPONSE -- HOME JUICE CO. w/cert. of service |
| | | 7/21/75   FILED E. O. HUDSON, SR. CTO (See entry MDL-201) |
| | | 7/22/75   WAIVERS OF ORAL ARGUMENT -- HOME JUICE CO., BORDEN, INC. COLONIAL SUGAR CO., NORTH AMERICAN SUGAR INDUSTRIES, INDUSTRIAL SUGARS, INC., FLORIDA REFINERY, INC. AND NATIONAL SUGARBEED GROWERS FEDERATION |
| | | 7/24/74   NOTICE OF OPPOSITION -- E. O. Hudson, Sr. (See entry MDL-201) |
| | | 8/8/75   MOTION AND BRIEF -- TO VACATE HUDSON CTO -- SAVANNAH FOODS & INDUSTRIES, w/cert. of service |
| | | 8/25/75 37.   RESPONSE -- AMSTAR w/cert. of service |
| | | 8/25/75   REQUEST FOR EXTENSION TO FILE RESPONSE (E.O. Hudson) "Western Defendants" GRANTED TO AUG. 29, 1975 |
| | | 8/29/75   38.   RESPONSE -- LUIGI TRATTORIA, INC. w/cert. of service |
| | | 8/29/75   39.   RESPONSE -- AMALGAMATED SUGAR., AMERICAN CRYSTAL, C-H SUGAR CO., GREAT WESTERN SUGAR CO., HOLLY SUGAR   . CORP. w/cert. of service |
| | | 9/2/75   HEARING ORDER -- Setting E.O. Hudson for oral argument (See MDL-201) |
| | | 9/19/75   OPINION AND ORDER -- Denying transfer of Freedman (See MDL-201) |
| 12/18/75 | | BETTER BAKE SHOP, INC., ET AL. V. AMSTAR CORP., D. MASS, 75-3886-G CTO filed today. Notified counsel, involved judges. |
| 12/22/75 | | APPEARANCE -- Samuel H. Seymour for Owem & Mowrey, Inc., Pasqual's Manale Restaurant, Inc., Montelepre Memorail Hosp., Inc. and Leonard Greenberg |

| Date | Pleading Number | |
|---|---|---|
| 1/5/76 | | APPEARANCE -- AMSTAR CORP. WILLIAM WILLIS, ESQ. |
| 1/5/76 | | Better Bake Shop, Inc., et al. v. Amstar Corp., et al., D. Mas. C.A. No., 75-3886 -- CTO final today. Notified xxxxxxxx clerks, involved judges |
| 1/6/76 | | APPEARANCE -- UNITED BRANDS -- Yvette Harmon, Esq. |
| 6/25/76 | A-1 | XYZ-7 WALDORF BAKERS, INC., ET AL. V. AMSTAR CORP., ET AL., E.D.PA. 76-1672 MOTION, BRIEF, CERT OF SERVICE, EXHIBIT -- AMALGAMATED, GREAT WESTERN HOLLY, UNION -- To transfer and separate claims against western defendants to the N.D. California for assignment to Judge Boldt under 28 U.S.C. §1407 |
| 7/2/76 | | HEARING ORDER -- Setting XYZ-7 Waldorf Bakers, Inc., et al. v. Amstar Corp., et al., E.D.Pa., 76-1672 for hearing, July 23, 1976, Chicago, Illinois |
| 7/9/76 | A-2 | RESPONSE -- EASTERN DEFENDANTS w/cert. of service |
| 7/12/76 | A-3 | RESPONSE -- PLAINTIFF -- WALFORF BAKERS, INC. w/cert of service |
| 7/12/76 | A-4 | RESPONSE -- CONSOLIDATED EASTERN PLAINTIFFS w/cert. of service |
| 7/19/76 | A-5 | MOTION TO STAY HEARING -- by Amalgamated Sugar Co., Consolidated Foods Corp. Union Sugar Div., The Great Western Sugar Co., and Holly Sugar Corp. w/certificate of service. |
| 7/20/76 | | HEARING ORDER VACATED -- July 23, 1976 in Chicago postponed per request. |
| 7/20/76 | A-6 | STMT. OF POSITION -- National Sugarbeet Growers Federation re: Motion to transfer. w/certificate of service on involved counsel. |
| 7/20/76 | A-7 | MEMO OPPOSING MOTION TO SEVER IN WALDORF -- Federal Bake Shops, Inc. Continental Coffee Co. of Florida, and Sethness Greenleaf, Inc. w/certificate of servce COVER LETTER ADVISING that protective order in MDL-201 prohibits service of above xxx memorandum on counsel in MDL-201A Have requested approval of other counsel to life protective order in this respect and allow service of memo on MDL-201A counsel. |
| 7/23/76 | | TELEGRAM -- SAVANNAH FOODS -- Objecting to filing of A-5 Motion to Stay Hearing |
| 8/9/76 | | LETTER -- on Behalf of plaintiffs represented by Cochrane & Bresnahan to be excluded from A-4 Consolidated Plaintiffs Response to Waldorf Motion |
| 8/10/76 | | ORDER TO SHOW CAUSE WHY ALL ACTIONS TRANSFERRED AND PENDING IN N.D. CALIF. UNDER §1407 (MDL-201) AND ALL ACTIONS PENDING AND TRANSFERRED TO THE E.D. PENNA. UNDER §1407 (MDL-201A) and NINE ADDITIONAL ACTIONS (SEE MDL-201 E-41, E-42, E-43, E-44 E-45, E-46, E-47, E-48 and E-49) SHOULD NOT BE TRANSFERRED UNDER 28 U.S.C. 1407 TO A SINGLE DISTRICT FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS. NOTIFIED COUNSEL (ALL) INVOLVED JUDGES, AND TRANSFEREE JUDGES |
| 9/1/76 | | HEARING ORDER -- Setting Complete (MDL-201 and MDL-201A) and E-41 through E-49 (See MDL-201) for hearing, October 1, 1976 San Francisco, California. |
| ~~~~/~~76 | | ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ |
| 1/17/77 | | OPINION AND ORDER -- Reaffirming opinions and orders in MDL-201 and 201A and transferring MDL-201 actions E-41 through E-49 to the N.D. Calif. for assignment to Judge Boldt under 28 U.S.C. §1407 -- XYZ-7 Waldorf Bakers transferred to the N.D. Calif. |
| 2/9/77 | | B-2 SHOPWELL V. AMSTAR, et al., E.D.N.Y., 76C1757 B-3 VA. v. AMSTAR, ET AL., E.D.VA., 77-0032-R SHOW CAUSE ORDER FILED TODAY. Notified counsel, involved judges |

JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p. 3

DOCKET NO. 201A -- In re Sugar Industry Antitrust Litigation (East Coast)

| Date | No. Code | |
|---|---|---|
| 3/18/77 | | TRANSFER ORDER -- Transferring B-2 and B-3 to the E.D. Penn. for coordinated or consolidated pretrial proceedings. Notified involved counsel, clerks and judges. |
| 4/14/77 | | B-4 State of New York v. Amstar Corp., et al., S.D.N.Y., 77 Civ 1661 CTO filed today. Notified counsel, involved judges |
| 4/25/77 | | B-5 Commonwealth of Mass. v. Amstar Corp., et al., 77-977-T, D.Mass. B-6 State of Conn., v. Amstar Corp., et al., D. Conn., H-77-181 CTO Filed today. Notified counsel, involved judges. |
| 5/2/77 | | B-4 State of New York v. Amstar Corp., et al., S.D.N.Y., C.A.#77-Civ-1661 CTO final today. Notified involved clerks and judges. |
| 5/3/77 | | B-7 Crown Beverage Corp. v. CPC International Inc., et al. E.D. New York, Civil Action No. 77C670 B-8 City Club Beverage Corp., et al. v. Sucrest Corp., E.D. New York, Civil Action No. 77C639 CTOS FILED TODAY. NOTIFIED COUNSEL INVOLVED JUDGES. |
| 5/3/77 | | APPEARANCE -- JEFFREY KLEIN for The National Sugar Refining Co. |
| 5/10/77 | | B-5 Commonwealth of Ma. v. Amstar Corp., et al., D. Mass., Civil Action No. 77-977-T ~~B-6 State of Conn. v. Amstar Corp., et al., D. Conn., Civil Action No. H-77-181~~ CTOS FINAL TODAY. Notified involved clerks and judges. |
| 5/10/77 | | B-6 State of Conn. V. Amstar Corp., et al., D. Conn, Civil Action No. H-77-181 PEPSICO NOTICE OF OPPOSITION FILED TODAY. Notified involved counsel. |
| 5/16/77 | | B-7 CROWN BEVERAGE CORP. V. CPC INTERNATIONAL INC., ET AL E.D. NEW YORK, C.A. No. 77C670 -- PLAINTIFFS NOTICE OF OPPOSITION TO CTO FILED ON 5/3/77 FILED TODAY. |
| 5/17/77 | | B-7 Crown Beverage Corp. v. CPC, et al., E.D.N.Y., 77C670 B-8 City Club Beverage v. Sucrest Corp., et al., E.D.N.Y. 77C739 NOTICE OF OPPOSITION -- PEPSICO -- Notified counsel and involved judges |
| 5/18/77 | | B-8 CITY CLUB BEVERAGE V. SUCREST CORP., ET AL., E.D.N.Y. 77C739 NOTICE OF OPPOSITION FILE TODAY -- Plaintiff |
| 5/18/77 | | B-6 STATE OF CONN V. AMSTAR CORP., D. Conn., H77-181 REQUEST FOR EXTENSION OF TIME TO FILE MOTION AND BRIEF UNTIL B-7 and B-8 are due (JUNE 2, 1977) GRANTED TO PEPSICO |
| 5/31/77 | | Request for Extenstion of Time to File Motion and Brief -- Plaintiff B-7 Crown Beverage -- GRANTED TO JUNE 2, 1977 |
| 6/1/77 | | HEARING ORDER -- Setting B-6, B-7 and B-8 for hearing -- June 24, 1977, Washington, D.C. |
| 6/2/77 | A-8 | MOTION, BRIEF TO VACATE CTO -- B-6, B-7 and B-8 -- Defendant Pepsico w/cert. of service |
| 6/2/77 | A-9 | MOTION, BRIEF TO VACATE CTO -- B-7 PLAINTIFF CROWN BEVERAGE w/cert. of service |
| 6/14/77 | | REQUEST FOR EXTENTION -- Plaintiff Connecticut -- GRANTED to 6/17/77 |
| 6/14/77 | A-10 | RESPONSE -- AMSTAR CORP. w/cert. of service (B-6,7 & 8) |
| 6/14/77 | A-11 | RESPONSE -- EASTERN PLAINTIFFS w/cert. of service MICHIGAN SUGARS   SAVANNAH FOODS & INDUSTRIES, UNITED Brands |
| 6/16/77 | A-12 | RESPONSE CPC INTERNATIONAL, RSN PROJECTS, INC.REVERE, SUCREST |

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. 4

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 6/17/77 | A-13 | RESPONSE TO VACATE CTO -- Defendants Borden, Inc., et al. with cert. of service. |
| 6/20/77 | A-14 | REPLY -- State of Connecticut to vacate CTO B-6, w/cert. of service |
| 6/20/77 | A-15 | BRIEF -- B-8 CITY CLUB to vacate CTO, w/cert. of service |
| 6/30/77 | | OPINION AND ORDER -- Transferring MDL-201 E-51 Garcia v. Amalgamated SUGAR, W.D. Tex, C.A. No. MO-76-CA-71 to N.D. Calif. for assignment to Judge Boldt under 28 U.S.C. §1407 |
| ~~7/19/77~~ | | ~~B-5 United Dairymen's Assn. v. Great Western Sugar Co., et al., E.D. Calif., C.A. No. CV77-0088-RHS~~ ~~CTO FILED TODAY.  Notified counsel, Involved Judges~~ |
| 8/23/77 | | B-7 Crown Beverage Corp. v. CPC Intl, Inc., et al. E.D.N.Y. 77C670 |
| | | B-8 City Club Beverage Corp., et al. v. Sucrest Corp., E.D.N.Y., 77C639 |
| | | B-6 Connecticut v. Amstar Corp., et al., D. Conn, H-77-181 |
| | | OPINION AND ORDER transferring actions to the E.D. Penna. for assignment to Judge Edward N. Cahn under 28 U.S.C. §1407 |
| 9/1/77 | B#9 | B-9 State of South Carolina v. Amstar Corp., et al., D.S.C., C.A.#77-897 |
| | | B-10 Martin Beverage Co., Inc. v. Pepsico, Inc., et al., SDNY, C.A.#77CIV2621 |
| | | CTOS FILED TODAY. NOTIFIED INVOLVED COUNSEL. |
| 9/16/77 | | B-9 State of S.C. v. Amstar Corp., et al., D.S.C., C.A. No. 77-897 |
| | | B-10 Martin Beverage Co., Inc. v. Pepsico, Inc., et al., SDNY, C. A. No. 77CIV2621 |
| | | CTOS FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 2/8/78 | | ORDER -- (F-6) The Coca-Cola Bottling Co. of N.Y., Inc. v. Amstar Corp., et al. -- plaintiff Coca Cola's intention to file a motion to amend its complaint in the E.D. Pa. -- notified involved Judges and counsel  (cds) |
| ~~3/17/78~~ | | ~~ORDER VACATING~~ |
| ~~5/5/78~~ | | ~~ORDER ASSIGNING TRANSFEREE JUDGE ### Assigned to Honorable George H. Boldt.  Notified liaison counsel, clerks and judges.~~ (ea) |
| 5/5/78 | | ORDER JOINTLY ASSIGNING JUDGES BOLDT AND CAHN TO HANDLE LITIGATION. Notified liaison counsel, clerks and judges. (ea). |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 5

DOCKET NO. 201A-- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (EAST COAST)

| Date | Ref | Pleading Description |
|---|---|---|
| 11/9/78 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- <br> C-1 London Dry Ltd., et al. v. Amstar Corp., et al., D. S.C. C.A. No. 78-1898 <br> NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |
| 11/21/78 | | APPEARANCE -- JOHN G. HARKINS, JR., ESQ. for Savannah Foods & Ind.Inc |
| 11/27/78 | | NOTICE OF OPPOSITION -- Defendants Britt-Clary Co., Inc. and James F. Howard, Jr. d/b/a Howard of Greenville -- to the transfer of C-1 (cds) |
| 12/13/78 | | STIPULATION AND ORDER signed by Judge Robert W. Hemphill -- Dismissing defendants Britt-Clary Co., Inc., Port Brokerage Co., Inc. and James F. Howard, Jr., d/b/a Howard of Greenville from C-1 xxxxxx(dated 11/29/78 (cds) |
| 12/13/78 | | ORDER LIFTING STAY OF CTO -- <br> C-1 London Dry Ltd., et al. v. Amstar Corp., et al., D. S.C., #78-1898 -- Notified involved counsel, clerks and judges (cds) |
| 2/5/79 | | ORDER TO SHOW CAUSE -- C-2 Borden, Inc. v. Universal Industries, Inc.,N.D.Miss., C.A.No. EC 78-204-K-O -- why action should not be transferred to a single district. Notified involved counsel and judges. (emh) |
| 2/15/79 | A-16 | BRIEF IN SUPPORT OF SCO -- Universal Industries Corp.w/cert of svc. -- C-2 Borden, Inc. v.Universal Industries, Corp., N.D.Miss., C.A.No. EC-78-204-K-O. (ea) |
| 2/21/79 | A-17 | MEMORANDUM IN OPPOSITION TO TRANSFER (C-2) -- Borden, Inc., w/cert. of svc. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting C-2 Borden, Inc. v. Universal Ind. Inc., N.D. Miss., C.A. No. EC 78-204-K-O for hearing in N.D. California on March 23, 1979 (cds) |
| 3/2/79 | A-18 | REPLY/MEMORANDUM -- Universal Industries Corp. -- w/Exhibit A and w/cert. of svc. (meh) |
| 3/12/79 | A-19 | REPLY/MEMORANDUM -- Borden, Inc. -- w/Exhibit A,B, & C and w/cert. of svc. (emh) |
| 3/16/79 | | HEARING APPEARANCES: EDWARD MENGEL, JR., ESQ. FOR Borden, Inc.; I. WALTON BADER, ESQ. FOR Universal Ind. (cds) |
| 3/16/79 | | WAIVER OF ORAL ARGUMENT: Plaintiffs Lead Counsel (cds) |
| 3/21/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- <br> C-3 Monarch Wine Co., Inc., et al. v. Amstar Corp., et al., E.D.N.Y., C.A. No. 79C345 <br> NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 4/6/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- <br> C-3 Monarch, et al. v. Amstar, et al., E.D.N.Y., #79C345 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANITITRUST LITIGATION (EAST COAST)

| Date | Ref. | Pleading Description |
|---|---|---|
| 5/30/79 | | OPINION AND ORDER -- Transferring C-2 Borden, Inc. v. Universal Industries, Inc., N.D.Miss., C.A.No.EC-78-204-K-O to the E.D.Pa. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 under Judge Edward N. Cahn. Notified involved counsel, clerks, judges publishers and recipients. (ea) |
| 7/31/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY. C-4 Charles G. Summers, Jr., Inc. v. Amstar Corp., M.D.Pa., C.A.No. Civ-79-901. Notified involved counsel and judges. (ea) |
| 8/16/79 | | DISMISSAL for (C-4) filed in M.D. Pennsylvania (emh) |
| 8/16/79 | | ORDER VACATING CTO -- (C-4) Summers, Inc. v. Amstar Corp., M.D. Pennsylvania, C.A. No. Civ-79-901 (emh) |
| 2/13/80 | | CONDITIONAL REMAND ORDER FILED TODAY -- C-2 Borden, Inc. v. Universal Industries Corp., E.D.Pa., 79-2081 (N.D.Miss C.A. No. EC78-2-4-K-O) Notified involved counsel and involved judge. (rew) |
| 2/13/80 | | SUGGESTION OF REMAND FOR C-2 (J. Cahn's Order dated 1/16/80) rew |
| 80/02/29 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (C-2) - Borden, Inc. v. Universal Industries Corp., E.D.Pa., 79-2081 (N.D. Miss., No. EC78-2-4-K-O) NOTIFED CLERKS AND JUDGE (emh) |

DOCKET NO. 201A -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OPINION AND ORDER, Dec. 16, 1975 (Hudson) 405 F. SUPP. 1404   ✓ 5/30/79 (R) 471 F.Supp. 1057

Closed 8/24/81

Jan 17, 1977 421 F.Supp 1206

### Description of Litigation

MDL-201A IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (EAST COAST)

Aug 23, 1977 437 F Supp 1204

### Summary of Panel Action

Date(s) of Hearing(s): 7/25/75  9/26/75  6/24/77       6/30/77 (PC) 433 F.Supp 1122

Date(s) of Opinion(s) or Order(s): 12/16/75  5/30/79

Consolidation Ordered: xx     Name of Transferee Judge: EDWARD N. CAHN

Consolidation Denied: ____    Transferee District: EASTERN DISTRICT OF PENNSYLVANIA

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Milton W. Freedman, etal. v. Amalgamated Sugar Co., et al. | E.D. Pa. Cahn | 75-515 | N.T. |  | 6/22/80D | Trans. to N.D. Calif DENIED 9/19/75 See 399 F.Supp. 1397 |
| A-2 | E.O. Hudson, Sr., et al. v. Savannah Foods & Industries | D.S.C. Simons | 75-1147 | 12/16/75 | 75-3766 | 6/22/80D |  |
| B-1 | Better Bake Shop, Inc., et al. v. Amstar Corp., et al. 12/18/75 | D. Mass Garrity | 75-3886-G | 1/5/76 | 76-138 | 2-1-77 |  |
| B-2 | Shopwell, Inc., et al. v. Amstar Corp., et al. | E.D.N.Y. Bramwell | 76C-1757 | 3/18/77 | 77-1106 | 6/22/80D |  |
| B-3 | Commonwealth of Virginia v. Amstar Corporation, et al. | E.D.Va. Merhige | 77-0032-R | 3/18/77 | 77-1108 | 6/22/80D |  |
| B-4 | The State of New York v. Amstar Corp., et al. 4/14/77 | S.D.N.Y. Broderick | 77 Civ 1661 | 5/2/77 | 77-1740 | 6/22/80D |  |
| B-5 | Commonwealth of Massachusetts v. Amstar Corp., et al. 4/25/77 | D. Mass Tauro | 77-977-T | 5/10/77 | 77-1854 | 6/22/80D |  |
| B-6 | State of Connecticut v. Amstar Corp., et al. 4/25/77 | D. Conn. Blumenfeld | H-77-181 | 8/23/77 | 77-3065 | 6/22/80D |  |

Opposed

DOCKET NO. 201A (CONTINUED)    PAGE 2

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | Luigi's Trattoria, Inc., etc. v. Amstar Corp., et al. | E.D.Pa. | 75-2245 | | | 6/22/80 D | |
| XYZ-2 | Owen & Mowrey, Inc. v. Amstar Corp., et al. | E.D. Pa. | 75-2621 | | | 6/22/80 D | |
| XYZ-3 | Leonard Greenberg v. Amstar Corp., et al | E.D.Pa. | 75-2519 | | | 11/5/79 D | |
| XYZ-4 | Pascal's Manale Restaurant Inc. v. Amstar Corp., et al. | E.D. Pa. | 75-2520 | | | 5/79 D | |
| XYZ-5 | Montelepre Memorial Hosp., Inc. v. Amstar Corp., et al. | E.D.Pa. | 75-2521 | | | 6/22/80 D | |
| XYZ-6 | Stotter & Co. v. Amstar Corp., et al. | E.D.Pa. | 75-3301 | | | 8/24/81 D | |
| ~~XYZ-7~~ | Waldorf Bakers~~ v. Amstar Corp., et al.~~ | ~~E.D.Pa.~~ N.D. Calif. | ~~76-1672~~ | 1/17/79 | | DO NOT COUNT | |
| XYZ-8 | Francois Jacquemoux, Inc., etc. v. Amstar Corp., et al. | E.D.Pa. | 76-366 | | | 1/21/78 | |
| XYZ-9 | Virnelson's Bakery, Inc. v. Amstar Corp., et al. | E.D.PA. | 76-3988 | | | 6/22/80 D | |
| XYZ-10 | Cott Corp. v. Amstar Corp., et al. | E.D.PA. | 76-2932 | | | 6/22/80 D | |
| XYZ-11 | Gorant Candies, Inc. v. Amstar Corp., et al. | E.D.Pa. | 77-409 | | | 1/24/78 | |
| XYZ-12 | Carlton Industries, Inc. v. Amstar Corp., et al. | E.D.Pa. | 76-3455 | | | 6/22/80 D | |
| XYZ-13 | State of Louisiana, ex rel v. Amstar Corp., et al. | E.D.Pa. | 77-989 | | | 9/23/77 | |
| XYZ-14 | City Of Phila. v. Amstar, et al. | E.D. Pa. | 77-935 | | | 6/22/80 D | |

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION -- P. 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-7 | Crown Beverage Corp. v. CPC International Inc., et al. 5/3/77 opposed | E.D.N.Y. Platt | 77C670 | 8/23/77 | 77-3118 | 6/22/80D | July 19, Paul Klein |
| B-8 | City Club Beverage Corp., et al. v. Sucrest Corp., et al. 5/3/77 opposed | E.D.N.Y. Platt | 77C639 | 8/23/77 | 77-3119 | 6/22/80D | 4 Ja 5 XYZ |
| B-9 | State of South Carolina v. Amstar Corp. et al. 9/1/77 | D.S.C. Chapman | 77-897 | 9/16/77 | 77-3913 | 6/22/80 | 21 Alg. |
| B-10 | Martin Beverage Co., Inc., etc. v. Pepsico, Inc., et al. 9/1/77 | S.D.N.Y. (CBM) | 77 Civ 2621 | 9/16/77 | 77-3394 | | |
| XYZ-15 | School District of Phila v. Amstar Corp., et al. | E.D. Pa. | 77-934 | | | 6/22/80D | July 1978 Verified |
| XYZ-16 | Beverage Management, Inc. v. Amstar Corp., et al. | E.D.Pa. | 77-2940 | | | 6/22/80D | 11 TK 18 XY |
| XYZ-17 | Lancaster Colony Corp., et al. v. Amstar Corp., et al. | E.D.PA. | 77-2942 | | | 6/22/80D | 2 DIS 27 PX |
| XYZ-18 | Food Fair Stores, Inc., et al. v. Pepsico, Inc. | E.D.PA. | 77-3081 | | | 6/22/80D | |
| XYZ-19 | Colonial Stores, Inc. v. Amstar Corp., et al. | E.D. Pa. | 78-2817 | | | 6/28 80D | |
| C-1 | London Dry Ltd., et al. v. Amstar Corporation, et al. 11/1978 opposed | D. S.C. Hemphill | 78-1898 | 12/13/78 | 78-4289 | 6/22/80D | |
| XYZ-20 | Gino's, Inc. v. Amstar Corp., et al. | E.D.Pa. | 78-2778 | | | 6/22/80D | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-2 | Borden, Inc. v. Universal Industries Inc. | N.D. Miss. Keady | EC 78-204-K-O | 5/30/79 | 79-2081 | 2/29/80 R | |
| C-3 | Monarch Wine Co., Inc., et al. v. Amstar Corporation, et al. 3/21/79 | E.D.N.Y. Bramwell | 79C345 | 4/6/79 | | 8/2/7/80 XXXXX | |
| XYZ-15 | Food Fair Stores, et al. v. Amstar Corp., et al. | Pa., E. | 76-3235 | | | 2/7/80 | |
| XYZ-16 | Burlington Food Stores, Inc. v. Amstar Corp., et al. | Pa., E. | 76-3308 | | | 6/22/80 D | |
| XYZ-17 | Burlington Food Stores, Inc. v. Pepsico, Inc., et al. | Pa., E. | 77-3082 | | | 6/22/80 D | |
| XYZ-18 | The Coca Cola Bottling Co. of N.Y. v. Amstar Corp., et al. | Pa., E. | 77-3614 | | | 6/22/80 D | |
| XYZ-19 | Dans Supreme Super Market Inc. v. Amstar Corp., et al. | Pa., E. | 78-2196 | | | 5/24/81 | |
| XYZ-20 | Stotter & Co., Inc. v. Pepsico Inc. | Pa., E. | 78-3059 | | | | |
| | July 1979 — 14 TR / 26 XX 2/ 2 DIS / 38 Pdg. | | | | | | |
| C-4 | Charles G. Summers, Jr., Inc. v. Amstar Corp. JUL 31 1979 | M.D.Pa. Herman | Civ-79-901 | | | Vacated 8/16/79 | |

July 1980 — 14 TR / 26 XX 2/ 8 DIS / 32 Pdg.

* active against CSR and Nate Sugar 5/80
** active against Pepsico

July 1981 — 14 TR / 26 XX 2 / 36 Dis / 4 Pdg
July 1982 — Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (East Coast)

---

MDL-201 -- LIAISON COUNSEL (PLAINTIFFS)
Josef D. Cooper, Esquire

300 Montgomery Street
San Francisco, Calif. 94104

MDL-201 -- LIAISON COUNSEL (DEFENDANTS)
Stephen V. Bomse, Esquire
Heller, Ehrman, White & McAuliffe
30th Floor - Wells Fargo Bldg.
44 Montgomery Street
San Francisco, Calif. 94104

Robert D. Raven, Esquire
Morrison & Foerster
One Market Plaza
Spear Street Tower
San Francisco, Calif. 94501

James F. Kirkham, Esquire
Pillsbury, Madison & Sutro
P.O. Box 7880
San Francisco, California 94102

LIAISON COUNSEL (WESTERN PLAINTIFFS)
William H. Ferguson, Esquire
Ferguson & Burdell
1700 Peoples National Bank Bldg.
Seattle, Washington 98171

MDL-201A -- LIAISON COUNSEL (PLAINTIFFS)
Mitchell A. Kramer, Esquire
Kramer and Salus
1520 Locust Street, 7th Floor
Philadelphia, Pa. 19102

Samuel H. Seymour, Esquire
Seymour & Dudley
1225 Connecticut Ave.
Washington, D.C. 20036

Joseph D. Tydings, Esquire
Danzansky, Dickey, Tydings,
  Quint & Gordon
1120 Connecticut Ave., N.W.
Washington, D.C. 20036

MDL-201A LIAISON COUNSEL (DEFENDANTS)
Robert M. Landis, Esquire
Dechert, Price & Rhoads
3400 Centre Square West
1500 Market Street
Philadelphia, Penna. 19102

CALIFORNIA & HAWAIIAN SUGAR CO.
Bailey Lane, Esquire
Brobwck, Phleger & Harrison
111 Sutter St.
10th Floor
San Francisco, Calif. 94104

HOLLY SUGAR CORP.
Rayner M. Hamilton, Esquire
White & Case
14 Wall Street
New York, New York 10005

CONSOLIDATED FOODS CORP.
Stephen V. Bomse, Esquire

AMERICAN CRYSTAL SUGAR CO.
James R. Madison, Esq.
Orrick, Herrington, Rowley
  & Sutcliffe
600 Montgomery Street
San Francisco, Calif. 94111

E. Brooks Keffer, Jr., Esquire
Hart, Childs, Hepburn,
  Ross & Putnam
200 Two Penn Center Plaza
Philadelphia, Penna. 19107

AMALGAMATED SUGAR CO.
Marvin J. Bertoch, Esquire
Ray, Quinney & Nebeker
400 Deseret Building
Salt Lake City, Utah 84111

Robert P. Mallory, Esquire
Lawler, Felix, Hall
700 S. Flower St.
13th Floor
Los Angeles, Calif. 90017

```
JPML FORM 4A -- Continuation
                            Panel Attorney Service List -- p.   2

DOCKET NO. 201A    --   IN RE SUGAR INDUSTRY ~~SUGAR~~ ANTITRUST LITIGATION (East Coast)
```

| | |
|---|---|
| NATIONAL SUGARBEET GROWERS FEDERATION<br>Richard L. Schrepferman, Esquire<br>Holme, Roberts & Owen<br>1701 Broadway<br>Denver, Colorado 80202<br><br>Robert W. Sayre, Esquire<br>3800 Center Square West<br>15th and Market<br>Philadelphia, Penna.<br><br>UTHA-IDAHO SUGAR CO.<br>James F. Kirkham, Esquire *same as LC*<br><br>AMSTAR CORP.<br>Robert D. Raven, Esquire *same as LC*<br>Morrison & Foerster<br><br>Robert M. Landis, Esquire *same as LC*<br>Dechert, Price & Rhoads<br><br>William E. Willis, Esquire<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, New York 10004<br><br>BORDEN, INC.; COLONIAL SUGAR CO.;<br>NORTH AMERICAN SUGAR INDUSTRIES;<br>INDUSTRIAL SUGARS, INC.; FLORIDA<br>SUGAR REFINERY, INC.<br>Edward C. Mengel, Jr., Esquire<br>White and Williams<br>1234 Market Street<br>Philadelphia, Penna. 19107<br><br>~~Thomas F. Ryan, Esquire~~<br>~~Sidley & Austin~~<br>~~One First National Plaza~~<br>~~Chicago, Illinois 60603~~<br><br>GLADES COUNTY SUGAR GROWERS<br>COOPERATIVE ASSOCIATION<br>Judith R. Chhn, Esquire<br>Wolf, Block, Schorr<br>  and Solis-Cohen<br>1200 Packard Bldg.<br>Philadelphia, Pa. 19102<br><br>~~Jack J. Rafter, Jr., Esquire~~<br>~~208 West Ventura Avenue~~<br>~~Clewiston, Florida 33440~~ | PEPSICO, INC.<br>John L. Altieri, Jr., Esquire<br>John J. Kirby, Jr., Esquire<br>Mudge, Rose, Guthrie<br>  & Alexander<br>20 Broad Street<br>New York, New York 10005<br><br>REVERE SUGAR REFINERY<br>S. Gordon Elkins, Esquire<br>Stradley, Ronon, Sevens & Young<br>1300 Two Girard Plaza<br>Philadelphia, Penna. 19102<br><br>MONITOR SUGAR CO.<br>~~John K. Cannon, Esquire~~<br>~~Dykema, Gossett, Spencer~~<br>~~  Goodnow & Trigg~~<br>~~35th Floor~~<br>~~400 Renaissance Center~~<br>~~Detroit, Michigan 48243~~<br><br>GREAT WESTERN SUGAR CO.<br>NORTHERN OHIO SUGAR CO.<br>GODCHAUX-HENDERSON SUGAR CO.<br>Bruce Montgomery, Esquire<br>Arnold & Porter<br>1229 19th Street, N.W.<br>Washington, D.C. 20036<br><br>MICHIGAN SUGAR CO.<br>Timothy D. Wittlinger, Esquire<br>Hill, Lewis, Adams, Goodrich<br>  & Tait<br>100 Renaissance Center<br>32nd Floor<br>Detroit, Michigan 48243<br><br>CALIFORNIA BEET GROWERS ASSN<br>James M. Morris, Esquire<br>Brewer, Patridge & Morris<br>P.O. Box 270<br>Stockton, Calif. 95201<br><br>SUCREST CORPORATION<br>Laurence Greenwald, Esquire<br>Stroock, Stroock & Lavan<br>61 Broadway<br>New York, New York 10006 |

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (East Coast)

---

RSN PROJECTS, INC.
THE NATIONAL SUGAR REFINING CO.
Alan Gelb, Esq.
J. L. Blades, Esq.
Finley, Kumble, Wagner,
Hein & Underberg
425 Park Avenue
N.Y., N.Y.   10022

SUPREME SUGAR CO., INC.
Norman Carpenter, Esquire
Faegre & Benson
Northwestern Bank Bldg.
Minneapolis, Minnesota   55402

IMPERIAL SUGAR CO.
John Jeffers, Jr., Esquire
Baker & Botts 3000 Shell Plaza
Houston, Texas

UNITED BRANDS
Yvette Harmon, Esquire
Chadbourne, Parke,
  Whiteside & Wolff
30 Rockefeller Plaza
New York, New York   10020

SAVANNAH FOODS & INDUSTRIES
John G. Harkins, Jr., Esquire
Pepper, Hamilton & Scheetz
2001 The Fidelity Building
123 S. Broad Street
Philadelphia, Penna.   19109

NATIONAL HOME PRODUCTS CORP.
Henry W. Cornell
2500 Main Place Tower
Buffalo, New York   14202

CPC INTERNATIONAL, INC.
John J. McBaine, Esquire
Lord, Day & Lord
25 Broadway
New York, New York   10004

Stephen W. Armstrong, Esquire
Morgan, Lewis & Bockius
123 South Broad Street
Philadelphia, Penna.   19109

BUCKEYE SUGARS, INC.
Paul H. Cunningham, Esquire
Recker, Cunningham & Cunningham
114 North Oak Street
Ottawa, Ohio   45875

---

AMERICAN CRYSTAL SUGAR CO.
  OF MOORHEAD, MINN
Leon Goodrich, Esquire
Oppenheimer, Wolff, Foster,
  Shepard and Donnelly
W-1781 First National Bank Bldg.
St. Paul, Minn.   55101

THE SOUTH COAST CORP.
W. Donald McSweeney, Esquire
Schiff, Hardin & Waite
7200 Sears Tower
233 South Wacker Drive
Chicago, Illinois   60606

BRITT-CLARY CO., INC.
P. O. Box 1776
Greenville, South Carolina   29602

PORT BROKERAGE, CO., INC.
P. O. BOX 7005
Charleston Heights Branch
Charleston, South Carolina   29405

JAMES F. HOWARD/HOWARD OF GREENVILLE
P. O. Box 194
203 Sulpher Springs Road
Greenville, South Carolina   29602

LONDON DRY LTD. (C-1)
Robert L. Stoddard, Esquire
Moore, Stoddard & Stoddard
207 Magnolia Street
Spartanburg, S.C.   29301

I. Walton Bader, Esquire
Bader and Bader
65 Court Street
White Plains, New York   10601

JPML FORM 2A -- Continuation

Attorney List -- p. _____

DOCKET NO. \_\_\_\_\_ -- _____

<u>BORDEN, INC. (C-2)</u>
~~Christy D. Jones, Esquire~~
~~Junior O'Mara, Esquire~~
~~Butler, Snow, O'Mara, Stevens~~
~~  & Cannada~~
~~1700 Deposit Guaranty Plaza~~
~~P.O. Box 22567~~
~~Jackson, Mississippi   39205~~

Edward A. Mato, Esquire
Borden Law Dept., 27th Floor
180 East Broad Street
Columbus, Ohio   43215

<u>UNIVERSAL INDUSTRIES CORPORATION</u>
~~Devitt T. Hicks, Jr., Esquire~~
~~Gholson, Hicks & Nichols~~
~~P.O. Box 1111~~
~~Columbus, Mississippi   39701~~

I Walton Bader, Esquire
Bader & Bader
60 Court Street
White Plains, N.Y.   10001

<u>MONARCH WINE CO., INC. (C-3)</u>
Manuel Katz, Esquire
Katz, Shandell, Katz
  & Erasmous
135 William Street
New York, New York

<u>CHARLES G. SUMMERS, JR., INC. (C-4)</u>
William C. Gierasch, Jr., Esq.
Stock and Leader
35 South Duke Street
York, Pennsylvania   17401

201A

**ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MDL DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (EAST COAST)

| No. | Plaintiff | Defendant |
|---|---|---|
| | MILTON W. FREEDMAN, ET AL. (A-1)<br>Mitchell A. Kramer, Esquire<br>Kramer and Salus<br>313 S. 17th Street<br>Philadelphia, Pa. 19103 | AMALGAMATED SUGAR CO.<br>~~Robert P. Mallory, Esq.~~<br>~~Lawler, Felix & Hall~~<br>~~605 West Olympic Boulevard~~<br>~~Los Angeles, Calif. 90015~~ |
| | E. O. HUDSON, SR., ET AL. (A-2)<br>J. Nat Hamrick, Esquire<br>Hamrick and Hamrick<br>P.O. Box 470<br>Rutherfordton, North Carolina | AMERICAN CRYSTAL SUGAR CO.<br>~~E. Brooks Keffer, Jr., Esq.~~<br>~~Hart, Childs, Hepburn, Ross &~~<br>~~Putnam~~<br>~~200 Two Penn Center Plaza~~<br>~~Philadelphia, Penna. 19107~~ |
| | LUIGI'S TRATTORIA, INC (XYZ-1)<br>David C. Harrison, Esq.<br>1214 One East Penn Square Building<br>Philadelphia, Penna. 19107 | AMSTAR CORP.<br>Robert M. Landis, Esquire<br>Dechert, Price & Rhoads<br>3400 Centre Square West<br>1500 Market Street |
| | OWEN & MOWREY, INC. (XYZ-2)<br>PASCAL'S MANALE RESTAURANT, INC. (XYZ-4)<br>MONTELEPRE MEMORIAL HOSPITAL, INC. (XYZ-5) | Philadelphia, Pa. 19102 |
| | LEONARD GREENBERG (XYZ-3)<br><br>Samuel H. Seymour, Esquire<br>Law Offices of Samuel H.<br>  Seymour<br>1225 Connecticut Ave., N.W.<br>Washington, D.C. 20036 | William E. Willis, Esquire<br>Sullivan & Cromwell<br>48 Wall Street<br>New York, New York 10005<br><br>BORDEN INC., COLONIAL SUGAR CO.<br>NORTH AMERICAN SUGAR INDUSTRIES,<br>INDUSTRIAL SUGARS, INC.<br>FLORIDA SUGAR REFINERY, INC.<br>Edward C. Mengel, Jr., Esquire<br>White and Williams<br>1234 Market Street<br>Philadelphia, Pa. 19107 |
| | ~~Washington, D. C. 20036~~<br><br>Herbert J. Garon, Esquire<br>Garon, Brener & McNeely<br>1304 First National Bank of Commerce<br>  Building<br>New Orleans, Louisiana 70112 | CALIFORNIA AND HAWAIIAN SUGAR CO.<br>~~Paul Matzko, Esquire~~<br>~~Krusen, Evans and Byrne~~<br>~~21 South 12th Street~~<br>~~Philadelphia, Pa. 19107~~ |
| | ~~LEONARD GREENBERG (XYZ-3)~~<br>~~Samuel H. Seymour, Esquire~~<br>~~and Joseph D. Tydings, Esquire~~ | |

e

| No. | Plaintiff | Defendant |
|---|---|---|
| | STOTTER & CO. (XYZ-6)<br>Harvey S. Kronfeld, Esquire<br>Mesirov, Gelman, Jaffe & Levin<br>1510 Fidelity Building<br>Philadelphia, Penna.  19109<br><br>BETTER BAKE SHOP, INC. (B-1)<br>Donald L. Conn, Esquire<br>Conn, Austin, Conn & Travaline<br>12 New England Executive Park<br>Burlington Mall Road<br>Burlington, Massachusetts  01803<br><br>~~WALDORF BAKERS, INC. (XYZ-7)~~<br>~~Emanuel G. Weiss, Esquire~~<br>~~106 S. 16th Street~~<br>~~Philadelphia, Pa.  19102~~<br><br>~~Ira Jay Sands, Esquire~~<br>~~515 Madison Avenue~~<br>~~New York, New York  10022~~<br><br>SHOPWELL, INC. ET AL. (B-2)<br>Jerome Edelman, Esq.<br>Jordan Rosenberg, Esq<br>26 Court Street<br>Brooklyn, New York 11242<br><br>David Berger, Esq.<br>H. Laddie Montague, Jr., Esq.<br>Merrill G. Davidoff, Esq.<br>1622 Locust Street<br>Philadelphia, Pa. 19103<br><br>COMMONWEALTH OF VIRGINIA  (B-3)<br>John Hardin Young<br>Assistant Attorney General<br>Supreme Court Building<br>1101 East Broad Street<br>Richmond, Virginia 23219 | CPC INTERNATIONAL<br>Stephen W. Armstrong, Esquire<br>Morgan, Lewis & Brockius<br>2300 The Fidelity Building<br>123 S. Broad Street<br>Philadelphia, Penna.  19109<br><br>~~GULF AND WESTERN INDUSTRIES, INC.~~<br>~~SOUTH PUERTO RICO SUGAR CO.~~<br>~~James D. Fornari, Esquire~~<br>~~Schnader, Harrison, Segal & Lewis~~<br>~~1719 Packard Bldg.~~<br>~~Philadelphia, Penna.  19102~~<br><br>MICHIGAN SUGAR CO.<br>Timothy D. Wittlinger, Esquire<br>Hill, Lewis, Adams, Goodrich & Tait<br>3700 Penobscot Bldg.<br>Detroit, Michigan  48226<br><br>NATIONAL SUGAR REFINING CO.<br>Lewis Koss, Esquire<br>Goldstein, Shames, & Hyde<br>655 Madison Avenue<br>New York, New York  10021<br><br>~~NATIONAL SUGARBEET GROWERS FEDERATION~~<br>~~Robert W. Sayre, Esquire~~<br>~~3800 Centre Square West~~<br>~~15 and Market~~<br>~~Philadelphia, Penna.~~<br><br>SAVANNAH FOODS & INDUSTRIES, INC.<br>John G. Harkins, Jr., Esquire<br>Pepper, Hamilton & Scheetz<br>2001 The Fidelity Bldg.<br>123 South Broad Street<br>Philadelphia, Penna.  19109<br><br>REVERE SUGAR REFINERY<br>S. Gordon Elkins, Esquire<br>Stradley, Ronon, Stevens & Young<br>1300 Two Girard Plaza<br>Philadelphia, Penna.  19102<br><br>UNITED BRANDS COMPANY<br>Yvette Harmon, Esq.<br>Chadbourne, Parke, Whiteside & Wolff<br>30 Rockefeller Plaza<br>New York, New York  10020<br><br>SUCREST CORP.<br>Laurence Greenwald, Esquie<br>Stroock, Stroock & Lavan<br>61 Broadway<br>New York, New York  10006 |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 201A -- IN RE SUGAR INDUSTRY ANTITRUST LITIGATION (EAST COAST)
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| AMALGAMATED SUGAR CO. | ~~✓~~ |
| AMERICAN CRYSTAL SUGAR CO. | ~~✓✓~~ |
| AMSTAR CORP. | A-1 A-2 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-1 B-2 B-3 B-4 B-5 B-6 B-9 C-1 C-3 C-4 |
| BORDEN, INC. | A-1 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-2 B-3 B-4 B-5 B-6 B-9 |
| COLONIAL SUGAR CO. | A-1 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-2 B-3 B-4 B-5 B-6 B-9 C-3 |
| NORTH AMERICAN SUGAR INDUSTRIES | A-1 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-2 B-3 B-4 B-5 B-6 C-1 C-3 |
| INDUSTRIAL SUGARS, INC. | A-1 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-3 B-4 B-5 B-6 B-9 C-1 |
| FLORIDA SUGAR REFINERY INC (Sugar Refinery of Palm Beach) | A-1 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-3 B-9 B-4,5,6,7,8 C-1 |
| CALIFORNIA AND HAWAIIAN SUGAR CO. | ~~✓~~ |
| CONSOLIDATED FOOD CORP. | ~~✓✓~~ |

JP Form 3

p. 2

| | |
|---|---|
| CPC INTERNATIONAL, INC. ✓ | A-1 XYZ-2 XYZ-1 XYZ-3 XYZ-4 XYZ-5 B-1 B-2 B-3 B-4 B-5 B-6 B-9 B-10 |
| GREAT WESTERN UNITED CORP. | ~~A-1~~ |
| GREAT WESTERN SUGAR CO. | ~~A-1~~ |
| GULF AND WESTERN INDUSTRIES INC. ✓ | ~~A-1~~ |
| SOUTH PUERTO RICO SUGAR CO. ✓ | ~~A-1~~ |
| HAVEN INDUSTRIES, INC. | ~~A-1~~ |
| HOLLY SUGAR CORP. | ~~A-1~~ |
| MICHIGAN SUGAR CO. ✓ | A-1 XYZ-1 XYZ-2 XYZ-3 XYZ-4 XYZ-5 B-2 B-3 B-4 B-5 B-6 B-9 C-1 C-3 |
| NATIONAL HOME PRODUCTS CORP. | A-1 XYZ-1 XYZ-2 XYZ-3 XYZ-4 XYZ-5 B-2 B-3 B-9 C-1 C-3 |
| NATIONAL SUGARBEET GROWERS FEDERATION ✓ | ~~A-1~~ |
| THE NATIONAL SUGAR REFINING CO. → RSN, Inc | A-1 XYZ-1 XYZ-2 XYZ-3 XYZ-4 XYZ-5 B-2 B-3 B-4 B-5 B-6 B-9 C-1 C-3 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| SAVANNAH FOOD AND INDUSTRIES, INC. ✓ | A-1 A-2 XYZ-1 XYZ-2 XYZ-3 XYZ-4 XYZ-5 B-3 B-4 B-5 B-6 B-9 C-1 |
| SUCREST CORP. ✓ | A-1 XYZ-1 XYZ-2 XYZ-3 XYZ-4 XYZ-5 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-9 B-10 C-1 C-3 |
| UNITED BRANDS CO. ✓ | A-1 B-2 B-3 B-4 B-5 B-6 B-7 B-8 B-9 C-3 |
| REVERE SUGAR REFINERY ✓ | A-1 B-1 B-2 B-3 B-4 B-5 B-6 B-7, B-8, B-9 C-3 |
| UTAH-IDAHO CO. | X |
| Sugar Refinery of Palm Beach | B-4 B-5 B-6 B-7 & B-8 |
| PEPSICO, INC. | B-6 B-9 B-10 B-7 B-8 |
| Atty. Gen. State of N.Y. | B-10 |
| Butters Co., Inc. | C-1 |
| Port R. Rico Sugar | C-1 |

p. _____

| | |
|---|---|
| James J Howard, Jr. MDL in re of Granville John Gas p.Lord K. | C-1 |
| Universal Industries, Inc | C-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |